**United States District Court**
For the Northern District of California

1

2

3

4                                                                                          **E-FILED on** ___9/15/06___

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                                            SAN JOSE DIVISION

10

11   JOSE SANTOS HARO,                              No. C-03-01853 RMW

12              Plaintiff,                          ORDER TO SHOW CAUSE

13        v.

14   OLIN CORPORATION, et al.,

15              Defendants.

16

17        Based upon counsel Alexander, Hawes & Audet's grounds for withdrawal, it appears that

18   plaintiff does not intend to prosecute the claims in this case.  Plaintiff is hereby ordered to show

19   cause by written declaration filed by September 28, 2006 why plaintiff's case should not be

20   dismissed for failure to diligently prosecute.  If no declaration showing good cause is timely filed,

21   the case WILL BE DISMISSED.

22

23   DATED: ___9/15/06___                          _____

24                                                 RONALD M. WHYTE
                                                   United States District Judge

25

26

27

28

ORDER TO SHOW CAUSE—C-03-01853 RMW
SPT

**United States District Court**

For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Jose Santos Haro
   13215 Lincoln Avenue
4  P.O. Box 146
   San Martin, CA 95046
5  PRO SE

6

   **Counsel for Defendants:**
7
   Keith M. Casto, Esq     keith.casto@sdma.com
8  Randall C. Creech       rcreech@sjlegal.com
   Earl L. Hagstrom        earl.hagstrom@sdma.com
9

10

11 Counsel are responsible for distributing copies of this document to co-counsel that have not
   registered for e-filing under the court's CM/ECF program.
12

13

   **Dated:     9/15/06**                          **SPT**
14                                                 **Chambers of Judge Whyte**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE—C-03-01853 RMW
SPT                                      2