**E-FILED on** 9/29/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SANTOS HARO, | No. C-03-01853 RMW |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| OLIN CORPORATION, et al., | |
| Defendants. | |

Based upon counsel Alexander, Hawes & Audet's grounds for withdrawal, it appears that plaintiff does not intend to prosecute the claims in this case. Nothing has been filed in this case since plaintiff's counsel withdrew on April 26, 2004. On September 15, 2006 this court issued an order requiring plaintiff to show cause by written declaration filed by September 28, 2006 why the matter should not be dismissed for failure to prosecute. Plaintiff failed to do so. Therefore,

IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to diligently prosecute.

DATED: 9/29/06

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—C-03-01853 RMW
SPT

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Jose Santos Haro
13215 Lincoln Avenue
P.O. Box 146
San Martin, CA 95046
PRO SE

**Counsel for Defendants:**

Keith M. Casto, Esq       keith.casto@sdma.com
Randall C. Creech         rcreech@sjlegal.com
Earl L. Hagstrom          earl.hagstrom@sdma.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**        9/29/06                                    SPT
                                                  **Chambers of Judge Whyte**

ORDER DISMISSING CASE—C-03-01853 RMW
SPT                                                        2